**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name: Lakeisha Demerson, MD v. Kiesta Smith, Individually and as next friend of XXXXXX XXXXXX, a minor

Appellate case number: 01-22-00579-CV

Trial court case number: 2022-01500

Trial court: 270th District Court of Harris County

On August 17, 2022, the trial court reporter filed a recorder's record of electronically recorded proceedings in this case. The filed record does not comply with Texas Rules of Appellate Procedure 34.6 and 13.2.

When proceedings are recorded electronically, Texas Rule of Appellate Procedure 34.6(a)(2) provides that the reporter's record must consist of "certified copies of all tapes or other audio-storage devices on which the proceedings were recorded, any of the exhibits that the parties to the appeal designate, and certified copies of the logs prepared by the court recorder under Rule 13.2." Under Rule 13.2, the required log must include (1) the number and style of the case before the court; (2) the name of each person speaking; (3) the event being recorded such as the voir dire, the opening statement, direct and cross-examinations, and bench conferences; (4) each exhibit offered, admitted, or excluded; (5) the time of day of each event; and (6) the index number on the recording device showing where each event is recorded. TEX. R. APP. P. 13.2(b).[1]

The recorder's record filed in this Court on August 17, 2022 does not contain certified copies of the court recorder's log(s) as required by Rule 34.6(a)(2) and Rule 13.2. We therefore **ORDER** court reporter Julia Rivera to file certified copies of the required log(s) pursuant to Texas Rules of Appellate Procedure 34.6(a)(2) and 13.2 **within 30 days of the date of this order**.

Appellant's brief will be due thirty days after the court reporter files a compliant recorder's record. *See* TEX. R. APP. P. 38.6(a).

---

[1] In addition, Texas Rule of Appellate Procedure 38.5 requires a transcription of the tapes to be filed as an appendix to the brief.

It is so ORDERED.

Judge's signature: <u>/s/ Veronica Rivas-Molloy</u>
                          Acting individually

Date: <u>August 30, 2022</u>